UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WARDLAW BROWN,

Defendant.

24-cr-138 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The May 30 sentencing in this case is rescheduled from 2 p.m. to 4 p.m.

SO ORDERED.

Dated: May 9, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge