# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 16, 2024

Honorable Judge Arun Subramanian
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

The application is GRANTED.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 17, 2024

Re:   United States v. Michael Wardlaw-Brown
      24 Cr. 138 (AS)

Dear Judge Subramanian,

With the consent of the Government, I request a brief extension for the defense's sentencing submission. Members of Mr. Wardlaw-Brown's defense team were in trial last week through Tuesday of this week, which delayed the gathering of mitigation materials. The defense requests a brief extension to Monday, May 20, to finish gathering Mr. Wardlaw-Brown's mitigation materials to provide with the defense submission.

If granted, the new schedule for submissions would be as follows:

May 20, 2024: Defense submission due.
May 27, 2024: Government submission due.

As noted above, the Government consents to this extension.

Respectfully submitted,

/s/
Zawadi S. Baharanyi, Esq.
Assistant Federal Defender
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8735